U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
APR 3 0 2026
AT____O'CLOCK____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.    1:26-CR-147 (MAD) |
| ) | |
| **v.** ) | **Indictment** |
| ) | |
| **JOSHUA ALLEN,** ) | Violations:    21 U.S.C. § 841(a)(1), |
| ) | (b)(1)(B), (b)(1)(C) |
| ) | [Distribution of a Controlled |
| ) | Substance] |
| ) | |
| ) | 3 Counts & Forfeiture Allegation |
| ) | |
| **Defendant.** ) | County of Offenses:    Saratoga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Distribution of a Controlled Substance]

On or about January 27, 2025, in Saratoga County in the Northern District of New York, the defendant, **JOSHUA ALLEN,** knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2
### [Distribution of a Controlled Substance]

On or about January 28, 2025, in Saratoga County in the Northern District of New York, the defendant, **JOSHUA ALLEN,** knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 3**
**[Distribution of a Controlled Substance]**

On or about February 5, 2025, in Saratoga County in the Northern District of New York, the defendant, **JOSHUA ALLEN,** knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

**FORFEITURE ALLEGATION**

The allegations contained in Counts One, Two, and Three of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in Counts One, Two, and Three, the defendant, **JOSHUA ALLEN,** shall forfeit to the United States of America pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offense and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

a.    A money judgment in an amount to be determined.

**Substitute Assets**

If any of the property described in the Forfeiture Allegation above, as a result of any act or omission of the defendant, either: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the

2

jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

All pursuant to Title 21, United States Code, Section 853.

Dated:    April 30, 2026

A TRUE BILL,   *Name redacted

_____

Grand Jury Foreperson

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:  _____

Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. 703519